UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHAWN JEFFRIES,<br><br>               Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>               Defendant. | No. 2:20-cv-09098-JDE<br><br>ORDER AWARDING ATTORNEY<br>FEES UNDER THE EQUAL<br>ACCESS TO JUSTICE ACT,<br>PURSUANT TO 28 U.S.C. § 2412(d)<br>AND COSTS PURSUANT TO 28<br>U.S.C. § 1920 |

Based upon the parties' Stipulation (Dkt. 32),

IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $10,500.00 under 28 U.S.C. § 2412(d) and no costs under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Based on the Stipulation and this Order, Plaintiff's Amended Petition for Attorney Fees under 28 U.S.C. § 2412(d) (Dkt. 30) is DENIED as moot.

Dated:  April 18, 2022

_____
JOHN D. EARLY
United States Magistrate Judge